IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHAN MARTINEZ,<br><br>    Plaintiff,<br>v.<br><br>ELITE REALTY GROUP, INC..<br><br>    Defendant. | Civil Action No.<br>1:16-cv-00229-RWS<br><br>JURY TRIAL DEMANDED |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties have reached a mutually agreeable resolution of this matter and hereby stipulate to the dismissal of this case with *prejudice*. The parties further stipulate that neither party will be deemed a prevailing party and each party will bear his/its own attorneys' fees, expenses, and costs.

Respectfully submitted this 26th day of September, 2016.

**[Signatures contained on next page]**

APPROVED this 27th day of Sept, 2016

U.S. District Judge
RICHARD W. STORY

SUBMITTED BY:

/s/ V. Severin Roberts
Amanda A. Farahany
Georgia Bar No. 646135
amanda@bf-llp-.com
Telephone: (404) 214-0120
Facsimile:  (404) 214-0125
V. Severin Roberts
Georgia Bar No. 940504
vsroberts@bf-llp.com
Telephone: (404) 214-0120
Barrett & Farahany
1100 Peachtree Street, NE
Suite 500
Atlanta, GA  30309
*Counsel for Plaintiff*

CONSENTED TO BY:

/s/ Jacob Slowik
Jacob Slowik
Georgia Bar No. 898895
Jacob@josephaleem.com
Joseph, Aleem & Slowik, LLC
191 Peachtree Street NE
26th Floor
Atlanta, GA  30303
(470) 819-7543


*Counsel for Defendants*